May 8, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ROSE B. GARCIA, INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF RICHARD S. BARBOZA, DECEASED, Appellant/Cross-Appellee

NO. 14-11-00338-CV                    V.
NO. 14-11-00350-CV

IRMA G. GALVAN, Appellee/Cross-Appellant
_____

This cause, an appeal from the final summary judgment in favor of appellee/cross-appellant, IRMA G. GALVAN, signed January 13, 2011, and from the order denying sanctions in favor of appellant/cross-appellee, ROSE B. GARCIA, INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF RICHARD S. BARBOZA, signed April 5, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred by granting summary judgment. We therefore order that the summary judgment is **REVERSED** and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in order denying sanctions and order it **AFFIRMED**.

We order IRMA G. GALVAN to pay all costs incurred in this appeal. We further order this decision certified below for observance.